# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BRANDON MONTGOMERY, as personal representative for the estate of Gary Montgomery,**

> **Plaintiff,**

> **v.**

**DISTRICT OF COLUMBIA,**

> **Defendant.**

**Civil Action No. 18-1928 (JDB)**

## ORDER

Upon consideration of [53] defendant's motion for summary judgment, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's summary judgment motion is **DENIED**; and it is further

**ORDERED** that the parties shall submit a joint status report by not later than June 24, 2022 outlining a schedule for further proceedings.

**SO ORDERED.**

/s/
_____
JOHN D. BATES
United States District Judge

Dated:  May 23, 2022